# United States District Court
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V. | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
| Charlie W. Marr, Jr. | Case Number: CR505-00017-001 |
| | USM Number: 12390-021 |
| | J. Kelly Brooks<br>Defendant's Attorney |

**THE DEFENDANT:**

[X] admitted guilt to violation of mandatory conditions of the term of supervision.
[ ] was found in violation of condition(s) _ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | June 2, 2009 |

See page 2 for additional violations.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s)___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No: XXX-XX-1795

Defendant's Date of Birth: February 6, 1980

December 2, 2009
Date of Imposition of Judgment

Signature of Judge

Defendant's Residence Address:
125 Peeples Road
Kingsland, Georgia 31548

William T. Moore, Jr.
Chief Judge, U.S. District Court
Name and Title of Judge

Defendant's Mailing Address:
125 Peeples Road
Kingsland, Georgia 31548

DEC. 3, 2009
Date

DEFENDANT: Charlie W. Marr, Jr.
CASE NUMBER: CR505-00017-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant committed another federal, state, or local crime (mandatory condition). | June 11, 2009 |

DEFENDANT: Charlie W. Marr, Jr.
CASE NUMBER: CR505-00017-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __18 months__.

[ ] The Court makes the following recommendations to the Bureau of Prisons:

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district,

    [ ] at ___ [ ] a.m. [ ] p.m. on _____.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2 p.m. on _____.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

                                                                     United States Marshal

                                             By _____
                                                     Deputy United States Marshal